IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE BARBER, | No. C 08-04883 CW |
|---|---|
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| CRESCENT CITY, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Ryu for a settlement conference to be held at the convenience of the Magistrate Judge's calendar.   Counsel shall contact the assigned Magistrate Judge's chambers immediately to schedule a date and time for a settlement conference.

DATED: 7/26/2010

_Claudia Wilken_

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc:  Sue; ADR

**United States District Court**
For the Northern District of California