Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:     (415) 512-3000
Facsimile:      (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY;
DOUGLAS PLACK; and ERIC CAPON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BARBER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DOUGLAS PLACK; and ERIC CAPON; and DOES 1-100 and Each of Them Inclusive,<br><br>　　　　　Defendants. | Case No.  08-CV-04883-CW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINE**<br><br>**Trial Date: October 25, 2010** |

BY AND THROUGH THEIR COUNSEL PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

In light of this Court's order of July 26, 2010 referring the parties to a further settlement conference, and in an effort to conserve the parties' resources for possible settlement purposes, the July 27, 2010 expert witness disclosure deadline has been extended to September 10, 2010.

///

///

136489.2 CR015-005　　　　　　　　　　　　　　1　　　　　　　　　CASE NO. 08-CV-04883-CW
STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINE

| | | |
|---|---|---|
| 1 | Dated: July 26, 2010 | LAW OFFICES OF ABRAHAM GOLDMAN |
| 2 | | |
| 3 | | By: */s/ Abraham Goldman* |
| 4 | | Abraham Goldman<br>Attorneys for Plaintiff |

Dated: July 26, 2010        LIEBERT CASSIDY WHITMORE

By:  */s/ Morin Jacob*
    Morin I. Jacob
    Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: _____7/27/2010_____        _____
                                      The Honorable Claudia Wilken

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107