Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:	(415) 512-3000
Facsimile:	(415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY and
DOUGLAS PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BARBER, | Case No.  08-CV-04883-CW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CITY OF CRESCENT CITY, a California Municipality; DOUGLAS PLACK; and ERIC CAPON; and DOES 1-100 and Each of Them, Inclusive, | |
| Defendants. | |

BY AND THROUGH THEIR COUNSEL PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

Whereas, Plaintiff's counsel, Abraham Goldman, is deaf and depends on bilateral cochlear implants for his hearing;

Whereas, starting in May, 2010, Mr. Goldman's right implant became infected;

Whereas, after four courses of antibiotic treatment, surgery was eventually required in August, 2010, as the implant had migrated out of place;

Whereas, the post operative treatment is continuing, and Mr. Goldman's implant will not

1  be activated until some time in September, 2010;

2  Whereas, this unexpected illness, surgery and recovery has caused delays in completing
3  fact and expert discovery, pretrial preparation and preparation for the mandatory settlement
4  conference with the Magistrate Ryu;

5  As a result of the above, and renewed efforts at private mediation to take place on or
6  about September 25, 2010, the continuance stipulated to by the parties is respectfully submitted:

7  1. The September 10, 2010 expert disclosure deadline is continued to October 12, 2010;

8  2. The September 24, 2010 discovery cut-off is continued to November 30, 2010;

9  3. The September 27, 2010 mandatory settlement conference is continued to December
10  20, 2010;

11  4. The October 4, 2010 expert discovery cut-off is continued to January 4, 2011;

12  5. The October 12, 2010 pre-trial conference is continued to January 10, 2011; and

13  6. The October 25, 2010 trial date is continued to January 24, 2011.

14  Dated: September 7, 2010               LIEBERT CASSIDY WHITMORE

16                                         By:     */s/ Morin I. Jacob*
17                                                Morin I. Jacob
                                                  Attorneys for Defendants

19  Dated: September 7, 2010               LAW OFFICES OF ABRAHAM GOLDMAN

21                                         By:     */s/ Abraham Goldman*
22                                                Abraham Goldman
                                                  Attorneys for Plaintiff

24                                         **ORDER**

25  It is so ordered, except that pretrial conferences are held on Tuesdays, and January 24,
26  2011 is not available for trial. Currently available dates are January 10 and February 14. Counsel
27  may submit another stipulation. A case management conference will be held on January 11,

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

2011 at 2 p.m.  The current pretrial and trial dates are vacated.

Date: **9/13/2010**

_____
The Honorable Claudia Wilken