Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY and
DOUGLAS PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BARBER,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY, a California Municipality; DOUGLAS PLACK; and ERIC CAPON; and DOES 1-100 and Each of Them, Inclusive,<br><br>          Defendants. | Case No. 08-CV-04883-CW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

BY AND THROUGH THEIR COUNSEL, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

Whereas, this Court issued an Order on September 13, 2010 granting a stipulation filed by the parties on September 7, 2010;

Whereas, this Court ordered that the parties may submit another stipulation because the proposed trial date was not available;

As a result of the above, the following continuance stipulated to by the parties is respectfully submitted as follows:

141950.1 CR015-005                                                1                         CASE NO. 08-CV-04883-CW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

1. The October 12, 2010 pre-trial conference is continued to January 25, 2011;

2. Since the parties have agreed to a pre-trial conference date, the January 11, 2011 case management conference is vacated; and

3. The October 25, 2010 trial date is continued to February 14, 2011.

Dated: September 14, 2010          LIEBERT CASSIDY WHITMORE

By: _____*/s/ Morin I. Jacob*_____
    Morin I. Jacob
    Attorneys for Defendants

Dated: September 14, 2010          LAW OFFICES OF ABRAHAM GOLDMAN

By: _____*/s/ Abraham Goldman*_____
    Abraham Goldman
    Attorneys for Plaintiff

**ORDER**

It is so ordered.

Date: **September 16, 2010**          _____
    The Honorable Claudia Wilken