Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I, Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY and
DOUGLAS PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BARBER,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY, a California Municipality; DOUGLAS PLACK; and ERIC CAPON; and DOES 1-100 and Each of Them, Inclusive,<br><br>            Defendants. | Case No.  08-CV-04883-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES** |

BY AND THROUGH THEIR COUNSEL PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

Whereas, Plaintiff's counsel, Abraham Goldman, is deaf and depends on bilateral cochlear implants for his hearing;

Whereas, starting in May, 2010, Mr. Goldman's right implant became infected;

Whereas, after four courses of antibiotic treatment, surgery was eventually required in August, 2010, as the implant had migrated out of place;

Whereas, the post operative treatment is continuing, and Mr. Goldman's implant will not

1  be activated until some time in September or October 2010;

2  Whereas, this unexpected illness, surgery and recovery has caused delays in completing
3  fact and expert discovery and trial preparation;

4  Whereas, as a result of Mr. Goldman's continuing and ongoing health issues and
5  upcoming medical appointments, the parties have had to continue the previously scheduled
6  private mediation set before Judge Ronald Sabraw from September 25, 2010 to November 29,
7  2010;

8  The parties respectfully submit the following stipulation:

9  1. The October 12, 2010 expert disclosure deadline is continued to December 16, 2010;

10  2. The November 30, 2010 discovery cut-off is continued to January 21, 2011; and

11  3. The January 4, 2011 expert discovery cut-off is continued to January 21, 2011.

Dated: September 17, 2010            LIEBERT CASSIDY WHITMORE

By:       */s/ Morin I. Jacob*
          Morin I. Jacob
          Attorneys for Defendants

Dated: September 17, 2010            LAW OFFICES OF ABRAHAM GOLDMAN

By:       */s/ Abraham Goldman*
          Abraham Goldman
          Attorneys for Plaintiff

**ORDER**

It is so ordered.

Date: 9/21/2010

The Honorable Claudia Wilken