Abraham N. Goldman, SBN 102080
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
12896 Rices Crossing Road / P.O. Box 120
Oregon House, California 95962
Tel:  (530) 692-2267
Fax: (530) 692-2543
E-mail: agoldman@succeed.net

Attorneys for Plaintiff
MICHELLE BARBER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BARBER,<br><br>　　　　Plaintiff,<br>v.<br><br>CITY OF CRESCENT CITY,<br>a California Municipality;<br>DOUGLAS PLACK; and ERIC<br>CAPON; and DOES 1-100 and Each of<br>Them, Inclusive,<br>　　　　Defendants. | CASE  No. 08-CV-04883-CW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO SETTLEMENT OF THE PARTIES AND F.R.C.P. RULE 41(a)(1)(A)(ii)** |

　　　It is hereby stipulated by all parties to this action that pursuant to FRCP Rule 41(a)(1)(A)(ii) and the settlement agreements of the parties reached between plaintiff MICHELLE BARBER and all defendants that this entire action is dismissed, with prejudice, with all parties to bear their own costs and fees.

**STIPULATED AND AGREED**:

Dated: March 31, 2011　　　ABRAHAM GOLDMAN & ASSOCIATES, LTD.
　　　　　　　　　　　　　　*/s/ Abraham Goldman*
　　　　　　　　　　　　　　Abraham Goldman, Attorney for Plaintiff,
　　　　　　　　　　　　　　MICHELLE  BARBER

Dated:  March 31, 2011　　　LIEBERT CASSIDY WHITMORE

　　　　　　　　　　　　　　*/s/ Morin Jacob*
　　　　　　　　　　　　　　Morin Jacob
　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　CITY OF CRESCENT CITY; and
　　　　　　　　　　　　　　DOUGLAS PLACK

　　　　　　　　　　　　　- 1 -　　　　　Case No. 08-cv-4883-CW (JL)

STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO
SETTLEMENT OF THE PARTIES AND F.R.C.P. RULE 41(a)(1)(A)(ii)

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed, with prejudice.

**IT IS ORDERED.**

Date: __4/5/2011_____            _____
                                     Judge of the United States District
                                     Northern District of California
                                     Oakland Division

- 2 -   Case No. 08-cv-4883-CW (JL)

STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO SETTLEMENT OF THE PARTIES AND F.R.C.P. RULE 41(a)(1)(A)(ii)